LJW/2008R01267

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 08- 815 (SDW) |
| JASMINE RAMOS | : | 21 U.S.C. § 963 |
| | : | 21 U.S.C. § 846 |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT 1**

(Conspiracy to Import Heroin into the United States)

From at least as early as in or about November 2007 through on or about October 28, 2008, in Essex County, in the District of New Jersey, and elsewhere, defendant

JASMINE RAMOS

did knowingly and intentionally conspire and agree with others to import 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, into the United States from a place outside thereof, namely Ecuador, contrary to Title 21, United States Code, Section 952(a) and Section 960(b)(1)(A).

In violation of Title 21, United States Code, Section 963.

## COUNT 2

(Conspiracy to Distribute and
Possess with Intent to Distribute Heroin)

From at least as early as in or about November 2007 through on or about October 28, 2008, in Essex County, in the District of New Jersey, and elsewhere, defendant

JASMINE RAMOS

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1) and Section 841 (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 08-815(SDW)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

JASMINE RAMOS

# INDICTMENT FOR

21 U.S.C. § 963,
21 U.S.C. § 846

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

L. JUDSON WELLE
*ASSISTANT U.S. ATTORNEY*
973-645-2735

USA-48AD 8
(Ed. 1/97)

3