UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Crim. No. 08-815 (SDW) |
| JASMINE RAMOS | : | SEALING ORDER |

This matter having come before the Court on the application of the United States of America by Christopher J. Christie, United States Attorney (L. Judson Welle, Assistant U.S. Attorney, appearing), and good cause having been shown,

IT IS on this 29th day of October, 2008,

ORDERED that the Indictment, arrest warrant, and all other documents filed in this matter be and hereby are SEALED until the arrest of the defendant in the above-captioned case is accomplished or until further order of this Court, except such copies of the arrest warrant may be provided to law enforcement as necessary to accomplish its purpose

HON. ~~MARK FALK~~ Patty Shwartz
United States Magistrate Judge