# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Michael A. Shipp, U.S.M.J. |
| v. | CRIMINAL NO.: 08-815 (SDW) |
| Jasmine Ramos | DATE OF PROCEEDINGS: 11/25/08 |
| | DATE OF ARREST: 11/25/08 |

PROCEEDINGS: IA/Indictment

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: ___ AFPD  _X_ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: 100,000
    (X) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG    DATE: _____
( ) DETENTION / BAIL HRG.    DATE: _____
( ) TRIAL: ___ COURT ___ JURY    DATE: _____
( ) SENTENCING    DATE: _____
(X) OTHER: Arraignment before Judge Wigenton    DATE: To be set

APPEARANCES:

AUSA  Judson Welle

DEFT. COUNSEL  Michael Calabro, Esq - CJA

PROBATION _____

INTERPRETER _____
    Language: (       )

Time Commenced: 3:10
Time Terminated: 3:15
CD No: 08-14

_Nadine Mauro_
DEPUTY CLERK