# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge: SUSAN D. WIGENTON
Court Reporter: CARMEN LILOIA

Date: 12/02/08
Docket No: CR. 08-815-SDW-01

Title of the Case:

UNITED STATES OF AMERICA
v
JASMINE RAMOS

Appearances:

L. Judson Welle, AUSA
Michael V. Calabro, Attorney for Defendant

Nature of Proceedings: **ARRAIGNMENT**

PLEA: NOT GUILTY to Count(s) 1 & 2 of the Indictment
Order for Discovery and Inspection fld.
Defense Motions Due: 12/22/08; Government Opposition Due: 01/05/09; Motions Returnable: 01/19/09/; Trial Date: 02/02/09 at 10:00 a.m.
ORDERED bail continued

*Lissette Rodriguez*
Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Commenced: 11:50 a.m.
Concluded: 11:55 a.m.