Law Offices of Michael V. Calabro
466 Bloomfield Avenue, Suite 200
Newark, New Jersey 07107
(973) 482 - 1085
*Attorneys for Defendant*

| | |
|---|---|
| United States of America, <br> *Plaintiff* <br><br> v. <br><br> Jasmine Ramos, <br> *Defendant* | United States District Court <br> District of New Jersey <br><br> Crim. No.: 08-815 (SDW) <br><br> CRIMINAL ACTION <br><br> Order |

This matter having been opened to the Court by the Law Offices of Michael V. Calabro attorneys for Defendant, Jasmine Ramos, and for good cause showing:

It is on this 7th day of January 2009.

ORDERED that the Defendant be permitted to travel to the Bronx, New York to attend the wake and funeral of her late Grandmother, Carmen Santiago; it is further

ORDERED that the Defendant be permitted to leave her current residence on Wednesday, January 7, 2009 and return on Friday, January 9, 2009.

The Honorable Susan D. Wigenton
United States District Judge

Form and entry consented to by:

L. Judson Welle
*Assistant U.S. Attorney*