**Law Offices of Michael V. Calabro**
466 Bloomfield Avenue, Suite 200
Newark, New Jersey 07107
(973) 482 - 1085
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, *Plaintiff* | United States District Court District of New Jersey |
| v. | Crim. No.: 08-815 (SDW) |
| Jasmine Ramos, *Defendant* | **CRIMINAL ACTION** **ORDER FOR MODIFICATION OF BAIL CONDITION** |

This matter having been opened to the Court by Michael V. Calabro, Esq. attorney for the

Defendant, Jasmine Ramos, in the above captioned matter, and for good cause shown:

It is on this 21st day of January 2009.

**ORDERED** that the defendant's mother, Yvonne Santiago, be removed as third party

guarantor of the $100,000.00 unsecured bond; it is further

**ORDERED** that the defendant be removed from electronic monitoring; it is further

**ORDERED** that the defendant is allowed to reside in a residence approved by Pre-Trial

Services.

The Honorable Susan D. Wigenton
*United States District Judge*