Law Offices of Michael V. Calabro
466 Bloomfield Avenue, Suite 200
Newark, New Jersey 07107
(973) 482 - 1085
*Attorneys for Defendant*

| | |
|---|---|
| United States of America, *Plaintiff* | United States District Court District of New Jersey |
| v. | Crim. No.: 08-815 (SDW) |
| Jasmine Ramos, *Defendant.* | CRIMINAL ACTION |
| | **CONSENT ORDER** |

This matter having been opened to the Court by Michael V. Calabro, Esq., attorney for Defendant, Jasmine Ramos and by the consent of the United State's Attorney's Office and United States Pre-Trial Services and for good cause having shown:

It is on this __18th__ day of __August__, 2009,

**ORDERED** that the defendant be permitted to travel to visit her sick and dying uncle, Pedro Morey at his home located at 479 Montauk Avenue, Brooklyn, New York for a Saturday, returning on the next day, Sunday by 10 o'clock p.m.; it is further

**ORDERED** that the defendant be given her and her husband's passports, which are currently in possession of the Drug Enforcement Administration for the sole purpose of obtaining passports for their two infant children; it is further

**ORDERED** that the defendant proceed with the passports to the Ecuadorian Consulate located at 400 Market Street, Newark, New Jersey to apply for their children's Ecuadorian passports and then to the United States Court House and Post Office located at 50 Walnut Street, Newark, New Jersey, to obtain her children's United States Passports; and it is further

**ORDERED** that the defendant will immediately return the passports to United States Pre-Trial Services.

_____
The Honorable Susan D. Wigenton,
United States District Judge

Form and entry consented by:

_____
L. Judson Welle
Assistant United States Attorney

_____
United States Pre-Trial Services

DATED: August 11, 2009

**ORDERED** that the defendant will immediately return the passports to United States Pre-Trial Services.

_____
The Honorable Susan D. Wigenton,
United States District Judge

Form and entry consented by:

_____
L. Judson Wells
Assistant United States Attorney

_____
United States Pre-Trial Services

DATED: August 11, 2009

**ORDERED** that the defendant will immediately return the passports to United States Pre-Trial Services.

_____
The Honorable Susan D. Wigenton,
United States District Judge

Form and entry consented by:

_____
L. Judson Welle
Assistant United States Attorney

_____
United States Pre-Trial Services

DATED: August 11, 2009