UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


NEWARK                                          DATE: November 9, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                                  Docket# 08-815-01

U.S.A.  v. JASMINE RAMOS

Appearances:
Judson Welle AUSA for the Gov't
Michael Calabro, Esq. for the Dft
Probation Officer Kimberly Artist

Nature of proceedings: **SENTENCING**
Time served
5 years Supervised Release
Special Conditions:
1. Location monitoring (10 mos.)
2. Mental health treatment
Fine: Waived
Special Assessment: $100.00- due immediately
Gov't moved to dismiss Count 2.
Ordered dft bail continued.


Time Commenced 11:05 a.m.
Time Adjourned 11:25 a.m.

cc: chambers                                    Antigone Owens-Krefski
                                                     Deputy Clerk